Al Lustgarten,Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,                )
                                            )
              Plaintiff,        vs.         )    Case No.:  2:12-CV-09614-WDK-PLA
                                            )
GUADALUPE MORALES, et al,                   )    **RENEWAL OF JUDGMENT BY CLERK**
                                            )
              Defendant,                    )
_____)

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to

F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Guadalupe

Morales, an individual and d/b/a Artesian Mexican Restaurant, and Jorge Morales, an individual d/b/a

Artesian Mexicqan Restaurant entered on September 16, 2013, be and the same is hereby renewed in

the amounts as set forth below:

       Renewal of money judgment

|   |   |   |   |
|---|---|---|---|
| a. | Total judgment | $ | 20,634.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | Subtotal *(add a and b)* | **$** | **20,634.00** |
| d. | Credits | $ | 0.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **20,634.00** |
| f. | Interest after judgment (.13%) | $ | 248.92 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ | **20,882.92** |

Dated: June 14, 2023            CLERK, by Deputy *Sharon Hall Brown*

                                Kiry K. Gray
                                Clerk of U.S. District Court


                                Renewal of Judgment